Colin H. Murray, State Bar No. 159142
Colin.Murray@bakermckenzie.com
**Baker & McKenzie LLP**
Two Embarcadero Street, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

E-FILED 11/05/13

JS-6

Attorneys for Defendant
CALIFORNIA CINEMA INVESTMENTS, INC.,
a California corporation, d/b/a CINEPOLIS
LUXURY CINEMAS

Kenneth S. Gaines, State Bar No. 049045
ken@gaineslawfirm.com
Daniel F. Gaines, State Bar No. 251488
daniel@gaineslawfirm.com
Alex P. Katofsky, State Bar No. 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, California 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff
BRIAN GETZ, on behalf of himself and
all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRIAN GETZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CINEMA INVESTMENTS, INC., a California corporation, d/b/a CINEPOLIS LUXURY CINEMAS; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. CV 13-06366-PSG-MRW**<br><br>(Ventura County Superior Court Case No. 56-2013-00437706-CU-MC-VTA)<br>Date of Removal: August 30, 2013<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO REMAND AND REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA**<br><br>**CLASS ACTION**<br><br>Date Complaint Filed in Superior Court: June 10, 2013 |

Baker & McKenzie LLP
Two Embarcadero Street
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

6695862-v1\SFODMS

Case No. CV 13-06366-PSG-MRW
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO REMAND

Before the Court is the Joint Stipulation regarding Plaintiff's Motion to Remand Action to State Court and Request for Attorneys' Fees between Brian Getz, on behalf of himself and all others similarly situated, and Defendant California Cinema Investments, Inc., a California corporation, d/b/a Cinepolis Luxury Cinemas.

Having considered the Stipulation, the Court finds GOOD CAUSE exists for granting it.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The present action is hereby remanded to the Superior Court of California, County of Ventura;

2. Plaintiff's request for attorneys' fees and costs made in his Motion to Remand is deemed withdrawn.

**IT IS SO ORDERED.**

Dated: 11/5/13

PHILIP S. GUTIERREZ
THE HONORABLE PHILIP S. GUTIERREZ
United States District Court Judge

Baker & McKenzie LLP
Two Embarcadero Street
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6695862-v1\SFODMS

1

Case No. CV 13-06366-PSG-MRW
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO REMAND